IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:18-cr-00342-WKW-WC |
| | ) | |
| KYLE GEOFFREY SANDLER | ) | |

## UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Steven H. Lee be allowed to withdraw from the above-styled case.

Respectfully submitted this the 10th day of September, 2018.

                                                     LOUIS V. FRANKLIN, SR.
                                                   UNITED STATES ATTORNEY

                                                   /s/Steven H. Lee
                                                 STEVEN H. LEE
                                                 Assistant United States Attorney
                                                 131 Clayton Street
                                                 Montgomery, AL 36104
                                                 Phone: (334) 223-7280
                                                 Fax: (334) 223-7135
                                                 E-mail: steven.lee2@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:18-cr-00342-WKW-WC |
| | ) | |
| KYLE GEOFFREY SANDLER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Steven H. Lee
STEVEN H. LEE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: steven.lee2@usdoj.gov

2