IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-CR-342-WKW-WC |
| ) | |
| ) | |
| KYLE GEOFFREY SANDLER, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DOWNWARD VARIANCE

**COMES NOW**, the defendant, KYLE GEOFFREY SANDLER, by and through undersigned counsel, Richard K. Keith, and for the reasons set forth in Defendant Sandler's Sentencing Memorandum, requests that the Court vary downward from the applicable guideline range.

**Respectfully submitted** this the 19th day of February, 2019..

/s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
560 S. McDonough St., Ste. D
Montgomery, AL  36104-4605
Telephone: (334) 264-6776
Facsimile:  (334) 460-0473
E-Mail:  rkk@rkeithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the proper parties.

/s/ Richard K. Keith
**OF COUNSEL**