IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:18-CR-342-WKW |
| ) | |
| KYLE GEOFFREY SANDLER ) | |
| ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO
UNITED STATES SENTENCING GUIDELINE § 3E1.1(b)
FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and requests that the Court decrease Defendant Kyle Geoffrey Sandler's offense level at sentencing by one additional level pursuant to U.S.S.G. § 3E1.1(b) based on his acceptance of responsibility. In support of this request, the government submits the following:

1. Defendant qualifies for a reduction in his sentence pursuant to U.S.S.G. § 3E1.1(b) because he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G. § 3E1.1(b), the United States respectfully moves this Court to reduce Defendant's offense level by one level. Combined with the two level reduction applied to Defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three levels should be applied to Defendant's offense level for his acceptance of responsibility.

2

Respectfully submitted on the 21st day of February, 2019.

        UNITED STATES ATTORNEY
        LOUIS V. FRANKLIN, SR.

        /s/ Denise O. Simpson
        Denise O. Simpson
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail:  denise.simpson@usdoj.gov

Case 3:18-cr-00342-WKW-KFP   Document 33   Filed 02/21/19   Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:18-CR-342-WKW |
| | ) | |
| KYLE GEOFFREY SANDLER | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Denise O. Simpson, Assistant United States Attorney, hereby certify that on this the 21st day of February, 2019, I e-filed the foregoing with the Clerk of the Court through the CM/ECF system, which will provide notification of such filing to counsel of record for defendant.

Respectfully submitted,

/s/ Denise O. Simpson
Denise O. Simpson
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail:  denise.simpson@usdoj.gov

3