IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 3:18-CR-342-WKW-WC |
| KYLE GEOFFREY SANDLER | ) |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and Mark E. Andreu, Assistant United States Attorney, and respectfully requests that Government's Response to Defendant's Motion for Emergency Immediate Release due to Extraordinary Circumstances pursuant to 18 U.S.C. § 3582(c)(1)(A), "Compassionate Release" be sealed.

The Response contains sensitive medical information that should not be available to the public.

Respectfully submitted this 7th day of May 2020.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Mark E. Andreu
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 551-1757
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR.NO. 3:18-CR-342-WKW-WC |
| | ) |
| KYLE GEOFFREY SANDLER | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I have served a copy of the foregoing on Kyle Geoffrey Sandler by depositing a copy of same in the United States Mail, first class, postage prepaid and properly addressed to:

Kyle Geoffrey Sandler
Reg. # 17620-002
FPC MONTGOMERY
Federal Prison Camp
Maxwell Air Force Base
Montgomery, Alabama 36112

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

/s/ Mark E. Andreu
Mark E. Andreu
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 551-1757
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov