IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 3:18-cr-00342-wkw-wc |
| ) | |
| KYLE GEOFFREY SANDLER ) | |

<u>ADDENDUM TO RENEWED MOTION FOR EMERGENCY IMMEDIATE RELEASE
PURSUANT TO 18 U.S.C.§3582(c)(1)(A)</u>

COMES NOW, the defendant, Kyle Geoffrey Sandler (hereinafter "Sandler" or "defendant") with this addendum to his recently submitted Renewed Motion For Emergency Immediate Release Pursuant to 18 U.S.C§3582(c)(1)(A).

At the time of the writing of the renewed motion Sandler reported that the FPC Montgomery COVID-19 outbreak began on December 3, 2020 with two inmates testing positive. While that is 100% true, at the time of this writing the official BOP.gov count is 70 inmates have tested positive and 7 steaff members have tested positive. In addition, on Tuesday December 29, 2020 the first FPC Montgomery inmate passed away due to complications of COVID-19 at Jackson Memorial Hospital.

Like Mr. Sandler, Mr. Jose Nunez had multiple covid-19 risk factors prior to his passing away, and like Mr. Sandler the clear and original intent of Attorney General Barr's memorandum should have covered his being sent to home confinement.

Sandler prays that this so moves the court to grant his petiton for compassionate release.

Submitted this 31st day of December 2020.

Kyle Sandler

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

CERTIFICATE OF SERVICE

I, Kyle Geoffrey Sandler, do solemnly swear under the penalty of perjury that I have sent the foregoing addendum to renewed motion for emergency immediate release pursuant to 18 U.S.C.§3582(c)(1)(A), first class mail, prepaid and addressed to:

Clerk of Court
US District Court
One Church Street
Montgomery, al 36104

Respectfully submitted this ___31st___ day of December 2020.

_____
Kyle G Sandler