IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-342-WKW |
| | ) | |
| KYLE GEOFFREY SANDLER | ) | |

### ORDER

Based upon the Order entered on April 28, 2022 (Doc. # 93), it is ORDERED that Defendant Kyle Geoffrey Sandler's *pro se* second emergency motion, as supplemented (Docs. # 90, 91), is DENIED as moot.

DONE this 2nd day of May, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE