IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2022 AUG 10  P 4: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA )
)
)
V ) CASE NO.: 3:18-cr-342-WKW
)
KYLE GEOFFREY SANDLER )

## EMERGENCY MOTION FOR INJUNCTIVE RELIEF

COMES NOW, the defendant Kyle Geoffrey Sandler (hereinafter "Sandler" or "defendant") pro se and in absentia with this EMERGENCY MOTION FOR INJUNCTIVE RELIEF. the pro se litigant's complaint is to be held to less stringent standards than formal pleadings drafted by an attorney. Haines v. Kerner, 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972). Byrd v. Stewart, 811 F.2d 554 (11th Cir. 1987).

RELIEF SOUGHT

Upon my release from Federal Prison I started a consulting and paralegal business whereas I would help draft documents for pro se filers who are justice impacted. I would secure a modest payment between $300-$500 for said services. I was doing this part time while working at Huey Magoos Restaurant.

On June 1, 2022 my United States Probation Officer Jelesa Johnson gave me permission to work on this full time as long as I made sure I am a legal entity, I am Razor Wire Media LLC,

domicled in Florida and Alabama, and that I gave her precise reporting every month including the client name, the name of their responsible loved one, the work I did, the payment I received, the method of payment and the status of the work. Provided that the work had been filed in court I would also include a copy of the actual work in the report. I have done this consistently since April 2022

Naturally with 74 customers I have had 4 complaints one complainant in particular Michael Rummel took it upon himself to post officer Johnson's number to facebook which resulted in other complaints to officer Johnson, who I hadn't even done work for or taken money from. To date the customers who had problems have been paid back. I have never taken money and not delivered the work, however under the guise of my agreement I still have work pending and they are on my monthly report.

On August 10, 2022 after receiving complaints from among others Rummel (who was paid back on July 11, 2022) Officer Johnson notified me that I needed to shut my business down immediately, by 5pm on the 10th.

I have over 50 clients still pending at this moment and may want or require my assistance with replies and things of that nature.

At this time I have not committed fraud and not one person who has paid me money for the services has come forward and said that I did not provide the service and I have refunded people who wanted refunds.

I am completely sympathetic to the fact that Officer Johnson is upset that her number was posted on Facebook and I am appalled at the fact that she has had to waste time dealing with these issues that could have been spent with other people on her case load. However requiring me to shut my business down with no notice will create a fraud situation in itself when I can't deliver the work to those clients and as I have said she receives the work and the report every month.

At this time i am seeking injunctive relief whereas I can continue operating my consulting portion of my business. I can continue winding down the paralegal part of my business to satisfy my monetary commitment to my customers (and not take new paralegal customers on) in the interest of justice and the fact that I have been completely transparent in my dealings.

I need to have a decision on this as soon as possible because in the interest of following my probation officers orders I am not responding to clients who need a response to something they have filed within 7 or 14 days.

There have been some other issues during my probation, such as the fact that I told officer Johnson that I am engaged to a former male inmate she even let me go on pass to see him April 23, 2022. However I am on restriction from talking to him and have obeyed that restriction I am on that restriction because in trying to move to Florida to be with him and to work for Huey Magoos down there in May of 2022 I went over officer Johnson's head and spoke with the USPO in MD Florida. I realize I should not have done that.

We also had multiple issues at the halfway house because I was sold a bill of goods before getting out but that has been rectified.

Quite frankly your honor prior to this Officer Johnson would tell me every time I saw her how proud she was of me for getting a house, getting a car, paying my restitution, starting my business, being so transparent about my business etc and now because of this incident I must shut down this business, leave these clients in a lurch and face the possibility that in doing so I would have then committed fraud by not completely delivering.

In the interest of Justice I must be able to finish the work for these clients currently pending in court for which the MD USPO office has those names and numbers and see them through to my commitments. In addition there are no complaints on the consultancy side of my business which I should be permitted to continue. I have built this business up, been completely transparent about it and my court appointed therapist Dr. Kale Kirkland equated this to having a bad Google Review of my business and others jumping on.

Respectfully submitted this 10th day of ~~June 2022~~ 10th day of August

*[signature]*

Kyle Geoffrey Sandler

I fear retaliation

I would like counsel appointed if there is a hearing  KGS

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA   )
                           )
V                          ) CASE NO.: 3:18-cr-342-WKW
                           )
KYLE GEOFFREY SANDLER      )

## CERTIFICATE OF SERVICE

I, Kyle Geoffrey Sandler, hereby swear under the penalty of perjury that I have hand delivered the foregoing EMERGENCY MOTION FOR INJUNCTIVE RELIEF To:

CLERK OF COURT
UNITED STATES DISTRICT COURT
1 Church Street
Montgomery, AL 36109

_____
Kyle Geoffrey Sandler