IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-342-WKW |
| | ) | |
| KYLE GEOFFREY SANDLER | ) | |

## **ORDER**

Before the court are Defendant Kyle Geoffrey Sandler's *pro se* emergency motion for injunctive relief and Defendant's *pro se* motion to withdraw the emergency motion for injunctive relief. (Docs. # 95, 96.) It is ORDERED that the motion to withdraw (Doc. # 96) is GRANTED, with the following cautions and directives:

(1) Based upon Mr. Sandler's admissions in his emergency motion for injunctive relief, Mr. Sandler appears to be engaging in the unauthorized practice of law in violation of Alabama law. *See* Ala. Code § 34–3–6.

(2) Mr. Sandler is DIRECTED to cease his "consulting and paralegal business" (Doc. # 95, at 1), as directed by his probation officer.

(3) Mr. Sandler is DIRECTED to obey all directives and instructions of his probation officer *to the letter*.

DONE this 11th day of August, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE