# United States District Court

for

## Middle District of Alabama

# Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Kyle Geoffrey Sandler                              Case Number:  3:18CR342-WKW

Name of Sentencing Judicial Officer:   The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence:  March 26, 2019

Original Offense:  Count 1: Wire Fraud, 18 USC § 1343
Count 2: Securities Fraud, 15 USC §§ 78j(b), 78ff; 17 C.F.R. § 240.10b-5

Original Sentence:  63 months custody on Counts 1 and 2, all to be served concurrently, followed by three years supervised release on Counts 1 and 2, all such terms to run concurrently

Type of Supervision:  Supervised Release                  Date Supervision Commenced:  February 16, 2022

Assistant U.S. Attorney:   Mark E. Andreu                 Defense Attorney:   Richard K. Keith

---

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1. Mandatory Condition:** "The defendant must pay the total criminal monetary penalties under the schedule of payments…" | On March 26, 2019, Kyle Sandler was ordered to pay restitution in the amount of $1,903,000.00.  He has failed to make monthly payments as ordered, and his payments are currently in delinquent status. As ordered by the Court, Sandler shall pay a rate of not less than $200 for the first three months, beginning 30 days after release from imprisonment. Thereafter, the defendant shall pay $500 a month until further ordered by the Court. Sandler has a $1,000 arrearage towards his restitution. |
| **2. Standard Condition No. 8:** "… If you know someone has been convicted of a felony, you must not knowingly communicate or | On May 11, 2022, Kyle Sandler was instructed to cease all contact with Cody Ayers who is currently under supervision for Distributing and Possessing with Intent to Distribute Fifty Grams or More of Methamphetamine in the Middle District of Florida. Since that directive, Sandler has maintained consistent contact with Ayers as revealed by multiple screenshots of messages. |

The Honorable W. Keith Watkins, U.S. District Judge
August 25, 2022
Page 2

RE: Sandler, Kyle Geoffrey
    Dkt. # 3:18CR342-WKW
    **PROB 12C**

| | |
|---|---|
| interact with that person without first getting the permission of the probation officer." | |
| **3. Standard Condition No. 13**: "You must follow the instructions of the probation officer related to the conditions of supervision." | On August 10, 2022, Kyle Sandler was instructed to terminate all business interests with Razorwire Media as it pertains to paralegal services, criminal justice reform, and prison consulting. Additionally, a court order (Doc. 97) was issued on August 11, 2022, directing Sandler to cease his consulting and paralegal business as directed by his probation officer. On August 12, 2022, Sandler contacted a customer, D.H., via a Facebook direct message and arranged a meeting to assist with completing a motion. |

U.S. Probation Officer Recommendation:

☒    The term of supervision should be

    ☒    revoked.

    ☐    extended for _____ years, for a total term of _____ years.

☐    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/25/2022

by    /s/ Jelesa Johnson
         United States Probation Officer

Date: August 25, 2022

Reviewed and approved by:    /s/ David Ron Thweatt
                                   Supervisory U.S. Probation Officer

The Honorable W. Keith Watkins, U.S. District Judge
August 25, 2022
Page 3

**RE: Sandler, Kyle Geoffrey**
   **Dkt. #** 3:18CR342-WKW
   **PROB 12C**

---

THE COURT ORDERS:

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

 

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

August 30, 2022
Date