IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 3:18-cr-00342-WKW-KFP |
| ) | |
| KYLE GEOFFREY SANDLER ) | |

## NOTICE OF APPEARANCE

Undersigned Counsel, Samuel Brooke, enters his appearance on behalf of Defendant **KYLE GEOFFREY SANDLER,** in the above-styled case.

Dated this 7th day of September 2022.

Respectfully submitted,

*/s/Samuel Brooke*
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )    | |
| )    | |
| v.     ) | Case No.: 3:18-cr-00342-WKW-KFP |
| )    | |
| KYLE GEOFFREY SANDLER )    | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/Samuel Brooke*
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B