IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:18-CR-342-WKW-KFP |
| ) | |
| KYLE GEOFFREY SANDLER ) | |

**ORDER**

Upon consideration of the Government's Oral Motion for Detention, a preliminary revocation hearing and detention hearing are set for **September 8, 2022, at 9:15 a.m. in Courtroom 5A.** Pending this hearing, the defendant will be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 7th day of September, 2022.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE