IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:18-cr-00342-WKW-KFP |
| ) | |
| KYLE GEOFFREY SANDLER ) | |

**MOTION TO WITHDRAW**

Comes now the United States of America, by and through Sandra J. Stewart, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Joel Feil be allowed to withdraw from the above-styled case.

Respectfully submitted this the 16th day of September 2022.

SANDRA J. STEWART
UNITED STATES ATTORNEY

*/s/ Joel Feil*
Joel Feil
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: joel.feil4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:18-cr-00342-WKW-KFP |
| | ) | |
| KYLE GEOFFREY SANDLER | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 16th, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Joel Feil*
Joel Feil
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: joel.feil4@usdoj.gov

2