IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) Case No. 3:18-CR-342-WKW |
| | ) |
| KYLE GEOFFREY SANDLER | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kyle Geoffrey Sandler appeals to the United States Court of Appeals for the Eleventh Circuit from the amended judgment[1] entered in this case on October 14, 2022. (Doc. 120).

/s/ Thomas M. Goggans
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: t.goggans@tgoggans.net

Attorney for Defendant
Kyle Geoffrey Sandler

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 19th day of October, 2022 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each counsel of record.

/s/ Thomas M. Goggans

---

[1] This amended judgment amended the judgment entered on October 13, 2022. (Doc. 117).