IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-342-WKW |
| | ) | [WO] |
| KYLE GEOFFREY SANDLER | ) | |

**ORDER**

Before the court is Defendant Kyle Geoffrey Sandler's renewed motion for compassionate release, as supplemented, in which he seeks to modify an imposed term of imprisonment under 18 U.S.C. § 3582(c)(1)(A).  (Docs. # 130, 132.)  The Government opposes the renewed motion.  (Doc. # 133.)

This is not Mr. Sandler's first motion for compassionate release.  (*See, e.g.*, Docs. # 62, 70, 79.)  Based upon a thorough review of the record, Mr. Sandler has not shown "extraordinary and compelling reasons" warranting his early release from prison.  18 U.S.C. § 3582(c)(1)(A).  He also has not shown that the medical staff at his designated federal correctional institution is unable to provide him adequate medical care for his health conditions.  *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States v. Sanchez*, No. 2:17CR337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).  Furthermore, the balancing of the

§ 3553(a) factors does not favor release. (*See, e.g.*, Doc. # 62 at 10–12, Doc. # 79 at 6–8.)

Accordingly, it is ORDERED that Mr. Sandler's renewed motion for compassionate release (Doc. # 130), as supplemented (Doc. # 132), is DENIED.

DONE this 12th day of May, 2023.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE